STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**DAVID E FREYTES DE JESUS**  Case No.  **11-02561-SEK**

Chapter 13  Attorney Name:  **MARILYN VALDES ORTEGA***

### I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [ ] Present | [ ] Absent |

[ ] Prose

[X] Substitute Ada Henriquez Esq.

Date & Time:  4/29/2011  8:00:00AM

[X] R  [ ] NR

[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

### II. Oath Administered
[X] Yes  [ ] No

### III. Documents Filed/Provided

[ ] Schedules

[ ] Statement of Financial Affairs (SOFA)

[ ] Statement of Current Monthly Income (SCMI)

[ ] Credit counseling briefing certificate (CCC)

  [ ] Waiver requested by debtor(s)

[ ] DSO Certificate

[ ] DSO Recipient's information

[ ] State Tax Returns  [ ] Returned

[ ] Federal Tax Returns  [ ] Returned

[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting
[ ] Closed  [ ] Sine Die  [ ] Not Held  [ ] Continued  5/10/2011  1:00:00PM

### V. Plan
Date:  04/20/2011  Base:  $45,000.00  [X] Filed  Evidence of Pmt shown:  Yes
[ ] Not Filed
Payments 0 made out of $0.00 due.

### VI. Trustee's Report on Confirmation
[ ] FAVORABLE

[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] No provision for secured creditor(s)
[ ] No Insurance quote
[ ] Treat value of collateral separately
[ ] No provision for insurance
[X] Tax returns missing
  [X] State  - years 2009-Provided
  [ ] Federal  - years

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
  [ ] Missing  [ ] Incomplete
[ ] Stmt. of Current Monthly Income
  [ ] Missing  [ ] Incomplete
[ ] Certificate of Credit briefing
  [ ] Missing  [ ] More than 180 days
[ ] Other

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**DAVID E FREYTES DE JESUS**     Case No.   11-02561-SEK

Chapter 13     Attorney Name:   MARILYN VALDES ORTEGA*

(Cont.)

**VII. Confirmation Hearing Date:**    5/27/2011   9:00:00AM

**VIII. Attorney's fees as per R. 2016(b)**

$3,000.00 -    $331.00   =   $2,669.00

**IX. Documents to be provided**

[ ] Assumption/Rejection executory contract     [ ] Business Documents

    [ ] Monthly reports for the months

[ ] Appraisal

    [ ] Public Liability Insurance

[ ] Correct SS # (Form B21)     [ ] Premises

    [ ] Debtor    [ ] Joint debtor     [ ] Vehicle(s)

[ ] Other:     [ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: Debtor(s): [ ] Appear: [ ] Commence payments:

[ ] Keep payments current: [ ] does (do) not qualify as a debtor (S109):

[ ] Other:

**COMMENTS**

**Debtor to review an amend schedule "I" as debtors total net monthly take home pay is $3,697.68 and not 4,004.36 as listed. Also review SCMI.**

**Debtor to submit evidence of help to mother under penalty of perjury.**

Date:    <u>April 29, 2011</u>

**s/Pedro R Medina**
**Trustee/Presiding Officer**

(Rev. 08/09)